IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY NELSON,<br><br>                Plaintiff,<br><br>v.<br><br>DOLLAR TREE, INC.<br><br>                Defendant. | CIVIL ACTION<br>NO. 18-2242 |

## **ORDER**

**AND NOW**, this 18th day of March 2019, upon consideration of Defendant, Dollar Tree, Inc.'s Motion for Summary Judgment (Doc. No. 38), Plaintiff's Response to Defendant, Dollar Tree, Inc.'s Motion for Summary Judgment (Doc. No. 42), and Defendant, Dollar Tree, Inc.'s Reply Brief in Further Support of its Motion for Summary Judgment (Doc. No. 45), it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 38) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.