

p 267 457 5570
f 267 457 5571
kminjurylawyers.com
1429 Walnut Street • Suite 701 • Philadelphia, PA 19102

May 13, 2019

Honorable Joel H. Slomsky
James A. Byrn U.S. Courthouse
601 Market Street
Room 13614
Philadelphia, PA 19106-1748

Via e-file only

     **RE:**    **Gregory Nelson v. Dollar Tree, Inc.**
              **US District Court, No.  2:18-CV-02242**

Dear Judge Slomsky:

Please be advised that the above captioned matter has been amicably settled amongst the parties.  Accordingly, the trial scheduled for August 5, 2019, and all court events should be cancelled.

Very truly yours,

**KWARTLER MANUS, L.L.C.**

**JASON I. MANUS, ESQUIRE**

cc:    Marc H. Perry, Esquire
       Post & Schell, P.C.

       Via e-file only