IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY NELSON,<br><br>        Plaintiff,<br><br>v.<br><br>DOLLAR TREE, INC.,<br><br>        Defendant. | CIVIL ACTION<br>NO. 18-2242 |

### ORDER

**AND NOW**, this 15th day of May 2019, upon consideration of the letter dated May 13, 2019 from Jason I. Manus, Esquire, counsel for Plaintiff, informing the Court that the parties have settled this matter (Doc. No. 58), it is **ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b). It is further **ORDERED** that the Clerk of Court shall close the case for statistical purposes.

                                                    BY THE COURT:

                                                    /s/ Joel H. Slomsky
                                                    JOEL H. SLOMSKY, J.